IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WITKIN,** | Case No. 2:13-CV-1931 KJN PC |
| Plaintiff, | **ORDER AND REVISED SCHEDULING ORDER** |
| v. | |
| **G. SWARTHOUT, et al.,** | |
| Defendants. | |

    Defendants seek to modify the scheduling order in light of the parties' ongoing settlement negotiations. (ECF No. 39.)

    "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

////

////

1   Good cause appearing, the motion of defendants Popovits, Swarthout, Kosher, and Sanchez
2  is granted.  In all other respects, the January 27, 2016 discovery and scheduling order remains in
3  effect.
4   Accordingly, IT IS HEREBY ORDERED that:
5   1.  Defendants' motion to modify the scheduling order (ECF No. 39) is granted; and
6   2.  Defendants shall respond to plaintiff's first sets of interrogatories and requests for
7  production of documents on or before June 15, 2016, and the corresponding deadline for filing
8  motions to compel is extended to June 30, 2016.
9  Dated:  May 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/witk1931.16b