UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WITKIN,<br><br>        Plaintiff,<br><br>    v.<br><br>G. SWARTHOUT, et al.,<br><br>        Defendants. | No.  2:13-cv-1931 GEB KJN P<br><br><br>ORDER |
| MICHAEL WITKIN,<br><br>        Petitioner,<br><br>    v.<br><br>ERIC ARNOLD,<br><br>        Respondent. | No.  2:14-cv-1709 JAM EFB P<br><br><br>ORDER |

    Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a).  The actions involve the February 27, 2013 Rules Violation Report ("RVR") issued to plaintiff for disruptive behavior and the resulting March 8, 2013 disciplinary hearing adjudicating the RVR.  Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1    The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that the actions are assigned to the same judge; no consolidation of the actions is effected.
3 Under the regular practice of this court, related cases are generally assigned to the judge and
4 magistrate judge to whom the first filed action was assigned.

5    Therefore, IT IS ORDERED that the action denominated as 2:14-cv-1709 JAM EFB is
6 reassigned to the undersigned and to Magistrate Judge Kendall J. Newman for all further
7 proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as
8 No. 2:14-cv-1709 GEB KJN P.

9    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
10 the assignment of civil cases to compensate for this reassignment.

11   IT IS SO ORDERED.

12 Dated: May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge