UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL WITKIN,

    Plaintiff,

v.

G. SWARTHOUT, et al.,

    Defendants.

No. 2:13-cv-1931 GEB KJN P

**ORDER & AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Michael Witkin, CDCR # F-08703, a necessary and material witness in a settlement conference in this case on August 12, 2016, is confined in California State Prison, Solano ("CSP-SOL"), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U.S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Friday, August 12, 2016, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. The writ issued June 10, 2016, for this inmate to appear on July 27, 2016, for a settlement conference before the undersigned (ECF No. 54), is vacated.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference on August 12, 2016, at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP-SOL, P.O. Box 4000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 7, 2016

witk1931.841n

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE